# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| PAMELA G. ADAMS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:19-CV-2580-L** |
| § | |
| ROUNDPOINT MORTGAGE § | |
| SERVICING CORPORATION, § | |
| § | |
| Defendant. § | |

## AMENDED MEDIATION ORDER

Before the court is the parties' Motion to Extend Deadline for Mediation (Doc. 18), filed May 22, 2020. The parties request the court amend the mediation order to extend the mediation deadline. The court determines that the motion should be, and is hereby, **granted** as herein set forth. Accordingly, the deadline for the parties to participate in mediation is **July 31, 2020**. Further, to facilitate mediation, the court allows the parties to conduct mediation by videoconference as long as someone with settlement authority for each party attends the mediation.

**It is so ordered** this 22nd day of May, 2020.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Amended Mediation Order – Solo Page**